FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

2010 JUN 17 A 11: 10

**MAHMOOD NASSARI,**
3206 N. Glebe Road,
Arlington, VA 22207

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

    Plaintiff,

**v.**

Case No.: 1:10 cv 682
LO/TRJ

**VIRGINIA UNIFORMED SECURITY
SERVICES, INC.,**
6715 Backlick Road Suite #205
Springfield, VA 22150

**v.**

**RAMI FATHI ABBAS**
14622 General Washington Drive,
Woodbridge, VA 22193

    Defendants.

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

Telephone: (703) 912-3100
Fax: (703) 425-6300

## COMPLAINT FOR FAILURE TO PAY OVERTIME IN VIOLATION OF THE FAIR LABOR STANDARDS ACT

COMES NOW the Plaintiff Mahmood Nassari ("Nassari"), by and through the undersigned counsel, and files this Complaint against Defendants Rami Fathi Abbas ("Abbas"); and Virginia Uniformed Securities Service, Inc. ("Security Services"), alleges as follows:

### Jurisdiction

1.    This Court has subject matter jurisdiction over this matter, as conferred on this Court by under 28 U.S.C. § 1331, as this complaint raises a federal question arising from §§ 206 and 207 of the <u>Fair Labor Standards Act</u>, 29 U.S.C. §§ 201-219 (2008) ("FLSA").

1

2.    This Court has in personam jurisdiction over the Defendants, since they all reside or transact business within the Eastern District of Virginia.

### Venue

3.    Venue is proper as to all parties since they all reside or transact business within the Eastern District of Virginia.

### Parties

4.    Plaintiff Mahmood Nassari is an individual resident of Virginia who was employed in Virginia by the Defendants. Nassari was hired by Security Services to work as a security guard, and would be paid directly by Security Services.

5.    Defendant Security Services is a Virginia corporation, authorized to do business in Virginia, District of Columbia, and Maryland, and has done business in Virginia during all times material hereto. Upon information and belief, all of Plaintiff's paychecks and reimbursements were issued by Security Service.

6.    Defendant, Rami Fathi Abbas, is the registered agent, sole director and officer of Security Services. Defendant, Abbas, directed, and oversaw the day to day operations, and finances of Security Services.

### Statement of Facts

7.    At all times hereinafter mentioned, Defendants were engaged in the provision of security services throughout the Mid-Atlantic region, including the Commonwealth of Virginia, Maryland, and the District of Columbia. The provision of such services directly affects interstate commerce and Defendants' employees are engaged in such interstate commerce. During the course of his employment, Plaintiff affected interstate commerce by his actions. The Defendants are responsible for the failure to pay Plaintiff proper regular and overtime wages.

Telephone: (703) 912-3100
Fax: (703) 425-6300

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

8.    From June 2006 to May 2010, Defendants employed Plaintiff as a security guard.

9.    Plaintiff's position was non-exempt under the FLSA.

10.    Defendants improperly classified Plaintiff as exempt from overtime wages.

11.    Plaintiff worked in excess of forty (40) hours per calendar week since June 2006, yet has not been paid the appropriate rate of overtime wages for that period.  Defendants were aware that Plaintiff regularly performed work beyond forty hours each week.

12.    Defendants condoned and benefited from the performance of such extra work time and never provided a complete accounting for the hours worked and the payments made.

13.    Upon information and belief, Defendants knew of the duty and obligation to pay proper overtime wages for the hours worked in excess of forty (40) hours per work week, and Defendants knowingly failed and refused to follow the lawful requirements.  Defendants' acts and omissions constitute willful violations of the FLSA which entitle Plaintiff to liquidated damages for Defendants' willful violations.

WHEREFORE, Plaintiff prays that this Honorable Court grant judgment against the Defendants, on the basis of Defendants' willful violations of the <u>Fair Labor Standards Act</u>, demands judgment against Defendants for: (1) compensatory damages for amounts earned in the nature of regular and overtime pay to which Plaintiff was entitled but did not receive; (2) an equal amount in liquidated damages; (3) reasonable attorney's fees and costs of suit; (4) pre and post judgment interest; and (5) such other and further relief as this Court deems equitable and just.

Telephone: (703) 912-3100
Fax: (703) 425-6300

Law Offices of Lewis & Associates, P.C.
6086 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

3

## JURY DEMANDED

WHEREFORE, Plaintiff hereby demands a jury on all issues triable by a jury.

Respectfully submitted,
Mahmood Nassari
By Counsel

Fitzgerald Lewis, Esq.
Virginia Bar Number: 70452
Counsel for Mahmood Nassari
Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA. 22041
Tel.: 703-778-6840
Fax: 703-425-6300
flewis@lewisatlaw.com

Telephone:   (703) 912-3100
Fax:         (703) 425-6300

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041