IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MAHMOOD NASSARI,** | |
| Plaintiff, | |
| v. | Case No.: 10cv682 (LO/TRJ) |
| **VIRGINIA UNIFORMED SECURITY SERVICES, INC., et al.,** | |
| Defendants. | |

## CONSENT JUDGMENT

This matter, having come before this Court on Plaintiff Mahmood Nassari's Complaint against Defendants Virginia Uniformed Security Services, Inc. and Rami Fathi Abbas (collectively hereinafter referred to as "Defendants") for non-payment of overtime owed under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (the "Act") for all hours worked by the Plaintiff. It appearing to the Court that the Parties have agreed to enter into a consent judgment for the amounts contained herein, and that it is proper to do so, it is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, and against the Defendants, jointly and severally, for a willful violation of the Fair Labor Standards Act and in the following amounts: (1) Eight Thousand Seven Hundred Ninety-Three Dollars and Thirty-One Cents ($8,793.31) as compensatory damages; (2) Eight Thousand Seven Hundred Ninety-Three Dollars and Thirty-One Cents ($8,793.31) as liquidated damages; and (3) Five Thousand Four Hundred Seventeen Dollars and Eighty-Four Cents ($5,417.84) as Plaintiff's costs and reasonable attorneys fees incurred by Plaintiff in bringing the instant case; and it is further

**ORDERED AND ADJUDGED** that this cause is ended and shall be removed from the docket.

**THIS ORDER IS FINAL.**

**ENTERED** on this 25th day of January 2011.

/s/
Liam O'Grady
Honorable Liam O'Grady
United States District Judge
Judge, U.S. District Court for the Eastern District of Virginia, Alexandria Division

**WE ASK FOR THIS:**

/s/
Alfredo Acin, Esquire
Virginia Bar Number: 76445
Counsel for Mahmood Nassari
Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA. 22041
Tel.: 703-778-6866
Fax: 703-425-6300
Email: aacin@lewisatlaw.com

**SEEN AND AGREED:**

/s/ (with permission)
Jon E. Shields, Esquire
Virginia Bar Number: 30303
Counsel for Rami Fathi Abbas
and Virginia Uniformed Security Services, Inc.
Law Offices of Jon E. Shields
9315 Center Street
Suite 103
Manassas, Virginia 20110
Phone: (703) 367-9636
Fax: (703) 367-9635
Email: jonshields@covad.net